UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:01-00174-03 |
| | ) | JUDGE CAMPBELL |
| BRADFORD MISER | ) | |

ORDER

Pending before the Court is Defendant Mizer's Motion for Early Termination of Supervised Release (Docket No. 112). The Government shall file a response to the Motion by June 5, 2013.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE